**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ICR Group LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0809285** |

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **199 Lee Avenue, Suite 675**<br>**Brooklyn, NY 11211** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | **4919 20th Avenue Brooklyn, NY 11204** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **ICR Group LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5321

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **ICR Group LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor    **ICR Group LLC**                                    Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **ICR Group LLC**                                                    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 9, 2024**
               MM / DD / YYYY

X **/s/ Isaac Birnhack**                                              **Isaac Birnhack**
  Signature of authorized representative of debtor                    Printed name

Title    **Managing Member AEZ Rent A Car LLC, Sole Member of Debtor**

---

**18. Signature of attorney**

X **/s/ Robert J. Spence**                              Date    **January 9, 2024**
  Signature of attorney for debtor                              MM / DD / YYYY

**Robert J. Spence**
Printed name

**Spence Law Office, P.C.**
Firm name

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
Number, Street, City, State & ZIP Code

Contact phone    **516-336-2060**        Email address    **rspence@spencelawpc.com**

**rs3506 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **ICR Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 9, 2024**            X */s/ Isaac Birnhack*
                                            Signature of individual signing on behalf of debtor

                                            **Isaac Birnhack**
                                            Printed name

                                            **Managing Member AEZ Rent A Car LLC, Sole Member of Debtor**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ICR Group LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>EASTERN DISTRICT OF NEW YORK</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally Financial PO BOX 78234 Phoenix, AZ 85062-8234** | | | | **$92,998.03** | **$85,200.00** | **$7,798.03** |
| **Bradley D. Sharp Development Specialists 333 South Grand Ave Ste 4100 Los Angeles, CA 90071-1544** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Davidovich Stein Law Group 6442 Coldwater Canyon Ave Suite 209 North Hollywood, CA 91606** | | **Attorneys fees** | | | | **$60,402.00** |
| **Eidel Weisz c/o Mirman Markovitz & Landau 291 Broadway, 6th Fl New York, NY 10007** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **HFC Acceptance LLC 4751 Wilshire Blvd Suite 110 Los Angeles, CA 90010** | | **HFC ACCEPTANCE COLLATERAL -VEHICLES DESIGNATED BY VIN NOS.: 5TDYRKEC2NS09 8637 2022 Toyota 5TDYRKEC9NS10 3896 2022 Toyota 5TDYRKEC2NS10 3612 2022 Toyo** | **Contingent Unliquidated Disputed** | **$1,775,068.43** | **$1,003,400.00** | **$771,668.43** |

Debtor  **ICR Group LLC**                                          Case number *(if known)* _____
         Name

**Fill in this information to identify the case:**

Debtor name    **ICR Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*...................................................................................    $     **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................    $     **1,491,000.00**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................    $     **1,491,000.00**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $     **2,188,403.82**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **60,402.00**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b     $     **2,248,805.82**

**Fill in this information to identify the case:**

Debtor name    **ICR Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** |

11a. 90 days old or less:  ____**0.00**____  -  ____**0.00**____  = ....  ____**Unknown**____
                                     face amount              doubtful or uncollectible accounts

| 12. | **Total of Part 3.** |
|---|---|
|  | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. |

**$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **ICR Group LLC**_____    Case number *(If known)*_____
Name

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **FORD MOTOR CREDIT COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**<br>**1FTRF3B61NEF95105**<br>**1FBVU4XG7LKA96310**<br>**1FBVU4XG9LKA96308**<br>**1FBVU4XG7LKA96307**<br>**1FBVU4XG9LKA96311**<br>**1FBVU4XG0LKA96309** | **Unknown** | **MMR** | **$290,000.00** |
| 47.2. **ALLY FINANCIAL COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**<br>**W1Y4DBHY9MT046325**<br>**W1Y4DBHY8MT053640**<br>**W1Y4DBHY2MT046229** | **Unknown** | **MMR** | **$85,200.00** |
| 47.3. **GM FINANCIAL COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**<br>**1GNSKDKDXNR332628**<br>**1GNSKCKD1NR270031** | **Unknown** | **MMR** | **$112,400.00** |

Debtor    **ICR Group LLC**                                          Case number *(If known)* _____
           <span style="font-size:smaller">Name</span>

| | | | |
|---|---|---|---|
| 47.4. | **HFC ACCEPTANCE COLLATERAL**<br>**-VEHICLES DESIGNATED BY VIN NOS.:**<br>**5TDYRKEC2NS098637 2022 Toyota**<br>**5TDYRKEC9NS103896 2022 Toyota**<br>**5TDYRKEC2NS103612 2022 Toyota**<br>**KNDNB4H37N6121876 2022 Kia**<br>**KNDNB4H36N6122095 2022 Kia**<br>**KNDNB4H39N6122608 2022 Kia**<br>**KNDNB4H31N6122330 2022 Kia**<br>**5TDYRKEC0NS078726 2022 Toyota**<br>**5TDYRKEC4NS088112 2022 Toyota**<br>**5TDKRKEC2NS083951 2022 Toyota**<br>**5TDYRKEC7NS089027 2022 Toyota**<br>**5TDYRKEC6NS092663 2022 Toyota**<br>**5TDYRKEC4NS091589 2022 Toyota**<br>**5TDKRKEC7NS094881 2022 Toyota**<br>**5TDKRKEC2NS095839 2022 Toyota**<br>**5TDZRKEC3NS100268 2022 Toyota**<br>**5TDBZRBH1NS597704 2022 Toyota**<br>**4T1C11BK1PU083015 2023 Toyota**<br>**4T1C11AK4PU107177 2023 Toyota**<br>**4T1C11AK8PU747828 2023 Toyota**<br>**4T1C11AKXPU745210 2023 Toyota**<br>**4T1G11AK0PU103340 2023 Toyota**<br>**4T1C11AK6PU105656 2023 Toyota**<br>**4T1G11AK3PU738746 2023 Toyota**<br>**4T1G11AK9PU740596 2023 Toyota**<br>**4T1G11AK5PU103074 2023 Toyota**<br>**4T1G11AK2PU098755 2023 Toyota**<br>**4T1G11AK8PU103327 2023 Toyota**<br>**4T1G11AK9PU740551 2023 Toyota**<br>**4T1C11AK3PU742584 2023 Toyota**<br>**4T1C11AK7PU744399 2023 Toyota**<br>**KMHL64JA1PA248235 2023 Hyundai**<br>**KMHL64JA2PA262077 2023 Hyundai**<br>**KMHL64JA1PA260787 2023 Hyundai**<br>**KMHL64JA3PA264761 2023 Hyundai**<br>**KMHL64JA9PA265235 2023 Hyundai** | **Unknown** | **MMR 12/27/23** | **$1,003,400.00** |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$1,491,000.00** |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?**<br>■ No<br>☐ Yes | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

**Part 9:**      **Real property**

**54. Does the debtor own or lease any real property?**

Debtor    **ICR Group LLC**_____          Case number *(If known)* _____
          Name

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **ICR Group LLC**_____   Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,491,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,491,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,491,000.00 |

**Fill in this information to identify the case:**

Debtor name    **ICR Group LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | **$92,998.03** | **$85,200.00** |
|---|---|---|---|---|

Creditor's Name

**ALLY FINANCIAL COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**
**W1Y4DBHY9MT046325**
**W1Y4DBHY8MT053640**
**W1Y4DBHY2MT046229**

**PO BOX 78234**
**Phoenix, AZ 85062-8234**

Creditor's mailing address

Describe the lien _____

_____

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $209,636.78 | $290,000.00 |
|---|---|---|---|---|

Creditor's Name

**FORD MOTOR CREDIT COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**
**1FTRF3B61NEF95105**
**1FBVU4XG7LKA96310**
**1FBVU4XG9LKA96308**
**1FBVU4XG7LKA96307**
**1FBVU4XG9LKA96311**
**1FBVU4XG0LKA96309**

**Box 220564**
**Pittsburgh, PA 15257-2564**

Creditor's mailing address

Describe the lien _____

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

Debtor __ICR Group LLC__ _____     Case number (if known) _____
Name

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **GM Financial** | | Describe debtor's property that is subject to a lien | $110,700.58 | $112,400.00 |
|---|---|---|---|---|---|

Creditor's Name

**GM FINANCIAL COLLATERAL VEHICLES DESIGNATED BY VIN NOS.:**
1GNSKDKDXNR332628
1GNSKCKD1NR270031

**PO Box 183593**
**Arlington, TX 76096-3834**

Creditor's mailing address     **Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **HFC Acceptance LLC** | | Describe debtor's property that is subject to a lien | $1,775,068.43 | $1,003,400.00 |
|---|---|---|---|---|---|

Creditor's Name

**HFC ACCEPTANCE COLLATERAL -VEHICLES DESIGNATED BY VIN NOS.:**
5TDYRKEC2NS098637 2022 Toyota
5TDYRKEC9NS103896 2022 Toyota
5TDYRKEC2NS103612 2022 Toyota
KNDNB4H37N6121876 2022 Kia
KNDNB4H36N6122095 2022 Kia
KNDNB4H39N6122608 2022 Kia
KN

**4751 Wilshire Blvd**
**Suite 110**
**Los Angeles, CA 90010**

Creditor's mailing address     **Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor    **ICR Group LLC**
_____    Case number (*if known*) _____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$2,188,403.82** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter**<br>**1000 Wilshire Blvd**<br>**Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line   **2.4** | |

| Fill in this information to identify the case: |
| --- |

Debtor name **ICR Group LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**NYC Department of Finance
Office of Legal Affairs
375 Pearl Street
30th Fl
New York, NY 10038**

Date or dates debt was incurred

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **ICR Group LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.3**

Priority creditor's name and mailing address

**NYS Dept of Tax & Finance**
**Bankruptcy Section**
**PO BOX 5300**
**Albany, NY 12205**

As of the petition filing date, the claim is:          **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**Bradley D. Sharp**
**Development Specialists**
**333 South Grand Ave**
**Ste 4100**
**Los Angeles, CA 90071-1544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Davidovich Stein**
**Law Group**
**6442 Coldwater Canyon Ave**
**Suite 209**
**North Hollywood, CA 91606**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$60,402.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys fees**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**Eidel Weisz**
**c/o Mirman Markovitz**
**& Landau**
**291 Broadway, 6th Fl**
**New York, NY 10007**

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Raines Feldman Littrell**<br>**LLP**<br>**1900 Avenue of the Stars**<br>**Suite 1900**<br>**Los Angeles, CA 90067** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **ICR Group LLC**                                                Case number (*if known*) _____
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b. + | $              60,402.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              60,402.00 |

**Fill in this information to identify the case:**

Debtor name       **ICR Group LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐  Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest   **Lease of All vehicles to AEZ Rent A Car LLC** | |
| State the term remaining | |
| List the contract number of any government contract   _____ | **AEZ Rent A Car LLC**   _____ |

| Fill in this information to identify the case: |

Debtor name    **ICR Group LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **AEZ Rent A Car LLC** | **5314 16th Ave Suite 202 Brooklyn, NY 11204** | **HFC Acceptance LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **AEZ Rent A Car LLC** | **5314 16th Ave Suite 202 Brooklyn, NY 11204** | **Davidovich Stein** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.3 | **Isaac Birnhack** | **5314 16th Ave Suite 202 Brooklyn, NY 11204** | **HFC Acceptance LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Isaac Birnhack** | **5314 16th Ave Suite 202 Brooklyn, NY 11204** | **Davidovich Stein** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.5 | **JHRC Corp** | **5314 16th Ave Suite 202 Brooklyn, NY 11204** | **HFC Acceptance LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **ICR Group LLC**                                          Case number *(if known)*  _____

███████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **JHRC Corp** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **Davidovich Stein** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.7 | **The Bar LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **HFC Acceptance LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **The Bar LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **Davidovich Stein** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.9 | **WCR Group LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **HFC Acceptance LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **WCR Group LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **Davidovich Stein** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.11 | **YTS Group LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **HFC Acceptance LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **YTS Group LLC** | 5314 16th Ave Suite 202<br>Brooklyn, NY 11204 | **Davidovich Stein** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **ICR Group LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | ICR Group LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **HFC Acceptance LLC v AEZ Rent a Car, LLC, et al 2:23-cv-07744-GW-AGR** | **Appointment of Receiver** | **Central District Court, California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **HFC Acceptance LLC v AEZ Rent a Car, LLC, et al 1:23-mc-03309-UAD** | **Notice of Receivership** | **EDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **HFC Acceptance LLC v AEZ Rent a Car, LLC, et al 6:23-mc-06023-FPG** | **Notice of Receivership** | **WDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **HFC Acceptance LLC v AEZ Rent a Car, LLC, et al 1:23-mc-00472-VEC** | **Notice of Receivership** | **SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **HFC Acceptance LLC v AEZ Rent a Car, LLC, et al 2:23-mc-00126-EP** | **Notice of Receivership** | **DNJ** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Eidel Weisz v ICR Group LLC et al 527332/2019** | **Motor Vehicle Accident** | **Kings County Supreme** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | ICR Group LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Spence Law Office PC** | | **12/28/23** | **$26,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**AEZ Rent A Car LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | ICR Group LLC | Case number *(if known)* | |
|--------|---------------|--------------------------|---|

■ Does not apply

| Address | | Dates of occupancy From-To |
|---------|--|----------------------------|

**Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:** **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **ICR Group LLC**                                    Case number *(if known)* _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor    **ICR Group LLC**                                         Case number *(if known)*

---

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **MOUNTAIN DEER CPA P.C 1425 37TH STREET STE 309A Brooklyn, NY 11218** | **Accounting - Note Debtor does not file a separate tax return** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **AEZ Rent A Car LLC** | | **Sole Member/Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Debtor | ICR Group LLC | | Case number *(if known)* | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **AEZ Rent A Car LLC** | **EIN:    81-0944592** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 9, 2024__

| /s/ Isaac Birnhack | Isaac Birnhack |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Managing Member AEZ Rent A Car LLC, Sole Member of Debtor**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **ICR Group LLC** _____    Case No. _____

_____    Chapter    **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................    $ _____**26,738.00**

Prior to the filing of this statement I have received ...................    $ _____**26,738.00**

Balance Due ...............................................................    $ _____**0.00**

2.    The source of the compensation paid to me was:

☐ Debtor        ■ Other (specify):    **AEZ Rent A Car LLC**

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 9, 2024** _____        **/s/ Robert J. Spence** _____
*Date*                                            **Robert J. Spence**
                                                  *Signature of Attorney*
                                                  **Spence Law Office, P.C.**
                                                  **55 Lumber Road**
                                                  **Suite 5**
                                                  **Roslyn, NY 11576**
                                                  **516-336-2060  Fax: 516-605-2084**
                                                  **rspence@spencelawpc.com**
                                                  *Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re ___ICR Group LLC_____  Case No. _____
                              Debtor(s)       Chapter  __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AEZ Rent A Car LLC** | **Membership Interest** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member AEZ Rent A Car LLC, Sole Member of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 9, 2024**_____      Signature  **/s/ Isaac Birnhack**_____
                                                          **Isaac Birnhack**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of New York

In re    **ICR Group LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **January 9, 2024** _____    **/s/ Isaac Birnhack** _____
**Isaac Birnhack/Managing Member AEZ Rent A Car LLC, Sole Member of Debtor**
Signer/Title

Date:    **January 9, 2024** _____    **/s/ Robert J. Spence** _____
Signature of Attorney
**Robert J. Spence**
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060   Fax: 516-605-2084**

USBC-44    Rev. 9/17/98

AEZ Rent A Car LLC
5314 16th Ave Suite 202
Brooklyn, NY 11204


Ally Financial
PO BOX 78234
Phoenix, AZ 85062-8234


Bradley D. Sharp
Development Specialists
333 South Grand Ave
Ste 4100
Los Angeles, CA 90071-1544


Buchalter
1000 Wilshire Blvd
Suite 1500
Los Angeles, CA 90017-2457


Davidovich Stein
Law Group
6442 Coldwater Canyon Ave
Suite 209
North Hollywood, CA 91606


Eidel Weisz
c/o Mirman Markovitz
& Landau
291 Broadway, 6th Fl
New York, NY 10007


Ford Motor Credit
Box 220564
Pittsburgh, PA 15257-2564


GM Financial
PO Box 183593
Arlington, TX 76096-3834


HFC Acceptance LLC
4751 Wilshire Blvd
Suite 110
Los Angeles, CA 90010

Internal Revenue Service
Centralized Insolvency
Operation
PO Box 7346
Philadelphia, PA 19101-7346


NYC Department of Finance
Office of Legal Affairs
375 Pearl Street
30th Fl
New York, NY 10038


NYS Dept of Tax & Finance
Bankruptcy Section
PO BOX 5300
Albany, NY 12205


Raines Feldman Littrell
LLP
1900 Avenue of the Stars
Suite 1900
Los Angeles, CA 90067

# United States Bankruptcy Court
### Eastern District of New York

In re  __ICR Group LLC_____     Case No. _____
                                                Debtor(s)     Chapter    __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ICR Group LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **AEZ Rent A Car LLC**

☐ None [*Check if applicable*]

**January 9, 2024**
_____
Date

/s/ Robert J. Spence
_____
**Robert J. Spence**

Signature of Attorney or Litigant
Counsel for   **ICR Group LLC**
_____
**Spence Law Office, P.C.**

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**
**rspence@spencelawpc.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   ICR Group LLC                                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:  _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Robert J. Spence**
_____
**Robert J. Spence**
Signature of Debtor's Attorney                                    Signature of Pro Se Debtor/Petitioner
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**                                                       _____
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**                                 Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

# WRITTEN CONSENT OF
# THE GOVERNING BODY OF

## ICR GROUP, LLC

### January 8, 2024

The undersigned, being the managing member, officer(s), authorized part(ies) as applicable (the "Governing Body"), of ICR Group, LLC, a New York limited liability company (the "Company"), hereby take the following actions and adopt the following resolutions:

**WHEREAS**, the Governing Body has reviewed the materials presented by the management and the legal advisor(s) of the Company regarding the Company's liabilities and liquidity situation, and the impact of the foregoing on the Company's business, and the strategic alternatives available to the Company; and

**WHEREAS**, the Governing Body has had the opportunity to consult with the management, financial advisor(s) and the legal advisor(s) of the Company and fully consider each of the strategic alternatives available to the Company.

I.      Chapter 11 Filing

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Governing Body, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that Isaac Birnhack (a/k/a Yitzchok Birnhack) as the managing member of AEZ RENT A CAR LLC, the sole member of the Company, (the "Authorized Officer" or "Authorized arty"), is authorized, empowered, and directed to execute and file, on behalf of the Company, all petitions, schedules, lists and other motions, papers or documents, and to take any and all actions that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it

II. Retention of Advisors

**FURTHER RESOLVED**, that the Authorized Officer be, and they hereby is, authorized and directed to employ the law firm of Spence Law Office, P.C. as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately

upon filing of the Chapter 11 Case and cause to be filed an appropriate application for authority to retain the services of Spence Law Office, P.C.; and be it

III. Further Actions and Prior Actions

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer or their designee(s) shall be, and each of them, acting alone, hereby is, authorized, empowered, and directed, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Party's or Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Governing Body and that the Authorized Officer did execute the same.

IN WITNESS WHEREOF, the undersigned constituting the Governing Body/Authorized Officer(s) of the Company, have executed this Written Consent effective as of the date first set forth above.

IRC GROUP LLC

By: _____

Isaac Birnhack, Managing Member
of AEZ RENT A CAR LLC, the sole member
of ICR Group, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                              Chapter 11
                                                        Case No.:

ICR GROUP, LLC,                         (Subchapter V)

Debtor.

-------------------------------------------------------------X

### DECLARATION PURSUANT TO
### SECTION 1116(1)(B) OF THE BANKRUPTCY CODE

        Isaac Birnhack, hereby certifies under section 1746 of title 28 of the United States Code, that:

        1.      I am the managing member of AEZ RENT A CAR LLC, the sole member of ICR Group, LLC, the debtor and debtor-in-possession (the "Debtor") in the above-captioned case. This declaration has been prepared at my direction and I am familiar with the business and affairs of the Debtor and have personal knowledge of the matters set forth herein.

        2.      I submit this Affidavit pursuant to Section 1116(1)(B) of the Bankruptcy Code.

        3.      To the best of my knowledge, no balance sheet, statement of operations, or cash-flow statement has been prepared for and no Federal tax return has been filed by the Debtor.

Dated: January 8, 2024

                                       _____
                                       Isaac Birnhack

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                  Chapter 11

                                                                                        Case No.:
ICR GROUP LLC,
                                                                                        (Subchapter V Case)

                                        Debtor.
-------------------------------------------------------------X

## STATEMENT PURSUANT TO LBR 1073-3

The Debtor, by its proposed counsel, Spence Law Office, P.C., and pursuant to LBR

1073-3, states that the Debtor is 100% owned by AEZ Rent A Car LLC, a limited liability

company.

Dated: January 9, 2024
        Roslyn, New York

                                        SPENCE LAW OFFICE, P.C.

                                        By:    _s/ Robert J. Spence_
                                                Robert J. Spence, Esq. (RS3506)
                                                55 Lumber Road, Ste 5
                                                Roslyn, New York 11576
                                                (516) 336-2060


                                        *Proposed Counsel to the Debtor and*
                                        *Debtor in Possession*