UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

      ICR GROUP LLC,　　　　　　　　Case No. 1-24-40151-JMM
　　　　　　　　　　　　　　　　　　　　(Chapter 11)
          Debtor.

**ORDER WITHDRAWING OBJECTION TO CONFIRMATION OF PLAN**

This office represents Ford Motor Credit Company, LLC (hereinafter "FORD"), with regard to the above Bankruptcy Case, and with regard to the Objection to Confirmation of Plan filed at Docket No. 39. Pursuant to the Objection to Confirmation of plan, Debtor filed an Amended Chapter 13 Plan at Docket 53 resolving FORD's claims, FORD hereby withdraws its Objection to Confirmation of the Debtor's Chapter 13 Plan as moot under the provisions of the Bankruptcy Code.

Dated: August 21, 2024.

                                Judge Jil Mazer-Marino

                              */s/ George Fontana Jr.*
                              George Fontana Jr.
                              FONTANA & NAPOLITANO, LLP
                              1225 Franklin Avenue, Suite 325
                              Garden City, NEW YORK 11530
                              Tel.: (516) 344-6400
                              E-Mail: gfontana@fontananapolitano.com

                              Attorney for Ford Motor Credit Company, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE:** | **CERTIFICATE OF SERVICE** |
| ICR GROUP LLC, | Case No. 1-24-40151-JMM |
| Debtor. | (Chapter 11) |

I, George Fontana Jr., certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court an Order Withdrawing Objection to Confirmation of Plan on August 21, 2024 and served same as indicated below.

Mail Service: Regular, first-class United States mail, postage full pre-paid, addressed to:

ICR Group LLC
199 Lee Avenue, Suite 675
Brooklyn, NY 11211

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Robert J Spence
Spence Law Office, P.C.
55 Lumber Road
Suite 5
Roslyn, NY 11576
rspence@spencelawpc.com

Gerard R Luckman, Esq.
Subchapter V Trustee
Forcelli Deegan Terrana, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
gluckman@forchellilaw.com

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House

One Bowling Green
Room 510
New York, NY 10004-1408
USTPRegion02.BR.ECF@usdoj.gov

<u>Largest Unsecured Creditors</u>

Ally Financial
PO BOX 78234
Phoenix, AZ, 85062-8234

Bradley D. Sharp
Development Specialists
333 South Grand
Ave, Ste 4100
Los Angeles, CA 90071-1544

Davidovich Stein Law Group
6442 Coldwater
Canyon Ave, Suite 209
North Hollywood, CA 91606

Eidel Weisz
c/o Mirman
Markovitz & Landau
291 Broadway, 6th Fl
New York, NY 10007

HFC Acceptance LLC
4751 Wilshire Blvd, Suite 110
Los Angeles, CA 90010

/s/ George Fontana Jr.