**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Brendan M. Scott

**BUCHALTER, P.C.**
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017-1730
Tel: (213) 891-0700
William S. Brody (Pro Hac Vice Admission)
Brian T. Harvey (Pro Hac Vice Admission)
Erick D. Diaz (Pro Hac Vice Admission)

*Attorneys for HFC Acceptance, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------X

In re

ICR GROUP, LLC,

　　　　　Debtor.

------------------------------X

Case No. 24-40151 (JMM)

Chapter 11

## NOTICE OF DEFAULT OF ADEQUATE PROTECTION PAYMENT

## DUE DATE: <u>OCTOBER 1, 2024</u>

　　　　HFC Acceptance, LLC, a secured creditor ("HFC") of ICR Group, LLC, the debtor and debtor in possession ("Debtor") in the above-captioned case (the "Case"), hereby provides notice of default ("AP Notice Default") to: Debtor at kenny@ezrentacarny.com and isaacbirn@gmail.com, counsel for Debtor at rspence@spencelawpc.com, and the subchapter V trustee appointed in the Case at gluckman@forchellilaw.com (the "Notice Parties").

　　　　NOTICE IS HEREBY GIVEN that HFC did not receive the adequate protection payment in the amount of $25,000.00 that was to be paid by Debtor and received by HFC on October 1, 2024, pursuant to the Order Conditionally Granting Relief From the Automatic Stay (HFC Acceptance LLC) [Dkt. 49] entered by the Court on May 22, 2024 (the "AP Default").

NOTICE IS FURTHER GIVEN that Debtor has 14 days from the date of the AP Default to cure the AP Default.

DATED: October 8, 2024                KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP

By: */s/ Tracy L. Klestadt*
Tracy L Klestadt
Brendan M. Scott

BUCHALTER
A Professional Corporation

By: */s/ William S. Brody*
William S. Brody
Brian T. Harvey
Erick D. Diaz

Attorneys for HFC ACCEPTANCE, LLC

BN 85023072V1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Buchalter, A Professional Corporation, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled *(specify)*:

**NOTICE OF DEFAULT OF ADEQUATE PROTECTION PAYMENT - DUE DATE: OCTOBER 1, 2024**

will be served or was served in the manner stated below:

1. **SERVED BY UNITED STATES MAIL**: On October 8, 2024, I served the following persons and/or entities at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

   ICR Group LLC
   199 Lee Avenue, Suite 675
   Brooklyn, NY 11211

   Robert J Spence
   Spence Law Office, P.C.
   55 Lumber Road, Suite 5
   Roslyn, NY 11576

   Gerard R Luckman, Esq.
   Subchapter V Trustee
   Forcelli Deegan Terrana, LLP
   333 Earle Ovington Blvd., Suite 1010
   Uniondale, NY 11553

2. **SERVED BY EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling law and rules, on October 8, 2024, I served the following persons and/or entities by electronic mail as follows:

   Debtor:
   kenny@ezrentacarny.com
   isaacbirn@gmail.com

   Counsel for Debtor:
   rspence@spencelawpc.com

   Subchapter V Trustee:
   gluckman@forchellilaw.com

I declare under penalty of perjury under the laws of California and, to the extent applicable, the United States that the foregoing is true and correct.

| October 8, 2024 | *Debby Bodkin* | */s/ Debby Bodkin* |
|---|---|---|
| Date | Type Name | Signature |

BN 83524266v1