**SPENCE LAW OFFICE, P.C.**
*Counsel to Debtor and Debtor-In-Possession*
Robert J. Spence, Esq.
55 Lumber Road, Ste. 5
Roslyn, N.Y. 11576
516-336-2060
rspence@spencelawpc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                  :      Chapter 11
                                     :      (Subchapter V)
                                     :
ICR GROUP, LLC,                    :      Case No. 24-40151 JMM
                                     :
                         Debtor.    :
---------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER FIRST AND FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>DEBTOR'S COUNSEL AND THE SUBCHAPTER V TRUSTEE</u>**

     **PLEASE TAKE NOTICE** that on <u>**January 22, 2025 at 11:30 a.m.**</u>, or as soon thereafter as counsel can be heard, a videoconference hearing on the applications of Spence Law Office, P.C. and the Subchapter V Trustee, Gerard Luckman, before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, to consider: (i) first and final application for compensation and the reimbursement of expenses of Spence Law Office, P.C., counsel to the Debtor; and (ii) first and final application for compensation and the reimbursement of expenses of Gerard R. Luckman, Subchapter V Trustee ("<u>Subchapter V Trustee</u>") as set forth below (collectively, the "<u>Applications</u>"):

| <u>**Applicant**</u> | <u>**Compensation</u> Period** | <u>**Amount Sought from Professionals**</u> |
|---|---|---|
| **SPENCE LAW OFFICE, P.C** <br> **Counsel to Debtor** | January 11, 2024 – December 1, 2024[1] | Compensation:     $91,557.50 <br> Expenses:     <u>$2,076.52</u> <br> Total:     $93,634.02[2] |

---
[1]There is no compensation sought in the Spence Law application for services rendered after December 1, 2024 but Applicant reserves the right to seek such fees.
[2] Applicant has an unapplied pre-petition retainer of $16,491.50 which reduces the total amount owed to $77,142.52, subject to Court approval.

| Gerard R. Luckman Subchapter V Trustee | January 11, 2024 - [Date of Discharge of Sub V Trustee] | Compensation: Expenses: | $27,105.00[3] $0.00 |
|---|---|---|---|

PLEASE TAKE FURTHER NOTICE that copies of the Applications are on file with the Clerk of the Court and may be examined by interested parties during the hours established by the Clerk of the Court, or by downloading the Applications from PACER. Copies of the Applications may be obtained by contacting Spence Law Office, P.C., 55 Lumber Road, Suite 5, Roslyn, New York 11576, Attn.: Robert J. Spence, Esq., Telephone: 516-336-2060 or at rspence@spencelawpc.com.

PLEASE TAKE FURTHER NOTICE that parties may appear in person, by telephone or by videoconference for the Hearing, which will be conducted in accordance with the following rules:

All parties must register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgibin/eCourtAppearances.pl in advance of the Hearing. eCourt Appearances registration is required by both attorneys and non-attorneys. CM/ECF accounts are not necessary for eCourt Appearances. Attorneys with an CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.

Once registered, eCourt Appearances will email the telephone number and video link for your hearing. You may register for hearings weeks in advance, but the telephone number video link will not be sent to you until **48 hours before the hearing date**. Those registering with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes after registration to receive the email with the telephone number and video link.

Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number. Please follow these guidelines when appearing telephonically or by videoconference:

1. Join your hearing at the scheduled time to avoid missing the call of your case.
2. Several matters may be scheduled for the same calendar. Please wait with your phone and computer on mute until your case is called.
3. If you are not speaking, keep your phone or computer on mute. When appearing on Zoom, press *6 to mute and unmute the audio.
4. State your name before speaking, every time you speak.
5. Speak up and speak clearly.
6. Avoid using a speaker phone.
7. Join the hearing from a quiet room.

---

[3] There is no compensation sought in the Subchapter V Trustee application for services rendered after December 9, 2024 but the Trustee reserves the right to seek such fees and will supplement his application accordingly.

**PLEASE TAKE FURTHER NOTICE** that objections to any of the Applications, if any, must be in writing, conform with Chapter 11 of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefor, and be filed with the Bankruptcy Court no later than **January 15, 2025 by 5:00 p.m.** as follows: (I) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website at http://www.nyeb.uscourts.gov/, in portable document format (PDF) using Adobe Exchange software for conversion; or (II) if a party is unable to file electronically, such party shall submit the objection in PDF form with the case name, case number, type and title of document, document number to which the objection referred and the file name on the outside of the envelope. Copies of any objections should also be served upon: (i) the applicant whose Application to which the objection relates; (ii) Spence Law Office, P.C., 55 Lumber Road, Suite 5, Roslyn, New York 11576, Attn.: Robert J. Spence, Esq.; and (iii) Forchelli, Deegan, Terrana, 333 Earle Ovington Blvd., Suite 1010, Uniondale, New York 11553, Attn: Gerard R. Luckman, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: Roslyn, New York
      December 8, 2024

                           SPENCE LAW OFFICE, P.C.
                           Attorneys for the Debtor
                           By:    */s/ Robert J. Spence*
                                   Robert J. Spence, Esq.
                                   55 Lumber Road, Suite 5
                                   Roslyn, New York 11576
                                   (516) 336-2060

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
```
In re                                             :         Chapter 11
                                                  :         (Subchapter V)
                                                  :
ICR GROUP, LLC,                                   :         Case No. 24-40151 JMM
                                                  :
                              Debtor.             :
```
-------------------------------------------------------------x
```

### APPLICATION FOR FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO ATTORNEY FOR DEBTOR

**TO:    THE HONORABLE JIL MAZER-MARINO**
**UNITED STATES BANKRUPTCY JUDGE**

Spence Law Office, P.C. ("Applicant"), as and for its first and final application for allowance of compensation as general bankruptcy counsel to ICR Group, LLC, the debtor and debtor-in-possession (the "Debtor"), pursuant to Sections 330 and 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure, respectfully represents as follows:

### INTRODUCTION

1.      On January 11, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code.

2.      Shortly after the Petition Date, the Office of the United States Trustee for the Eastern District of New York appointed Gerard Luckman as the subchapter V trustee (the "Subchapter V Trustee").

3.      On June 10, 2024, Spence Law's retention as attorneys for the Debtor was approved by this Court effective as of the Petition Date. *See* Case Dkt. No. 52. A copy of the retention order is annexed hereto as **Exhibit "A."**

4.    No prior application for allowance of compensation has been submitted by Applicant in this case.

5.    11 U.S.C. Section 330(a)(1) provides:

After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103-

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B) reimbursement for actual, necessary expenses.

11 U.S.C. Section 330(a)(1)

6.    11 U.S.C. Section 331 provides:

A trustee, an examiner, a debtor's attorney, or any professional person employed under Section 327 or 1103 of this Title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such application or reimbursement for expenses incurred before such date as is provided under Section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

11 U.S.C. Section 331

7.    The Applicant received a pre-petition retainer in the amount of $26,738.00 from the Debtor, to be applied towards fees and expenses awarded in this case.[1]

8.    This Application is submitted in support of a request for an order, pursuant to Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), awarding Applicant a fee and expense allowance for the period of January 11, 2024 through and including December 1, 2024 (the "Fee Period") in the total sum of

---

[1] $16,491.50 remained as unapplied at the time of the bankruptcy filing and shall be applied to any approved fees and disbursements awarded herein.

$91,557.50 (the "Final Fees") and disbursements during the same time period in the total amount of $2,076.52.

9. Attorneys and para-professionals who have performed the work on this case, their respective billing rates, the hours expended, and compensation sought during the Fee Period are set forth below:

| Name | Position | Rate | Hours | Total |
|------|----------|------|-------|-------|
| Robert J. Spence, Esq. | Principal Attorney | $495.00 | 182 | $90,090.00 |
| Robert J. Spence, Esq. | Principal Attorney | $247.50 | 3.0 | $   742.50 |
| Jennifer De La Cruz | Paralegal | $125.00 | 5.8 | $   725.00 |

10. The aforementioned billing rates are reasonable, represent the rates at which Spence Law Office, P.C. customarily bills its non-debtor and debtor clients for similar services, and are comparable to and at the lower end of the fees customarily charged by attorneys in the Eastern District of New York, who possess similar skill, experience, expertise, stature and reputation for comparable services.

11. No division of compensation will be made by Applicant, except as set forth in Sections 329 and 504 of the Bankruptcy Code.

12. Applicant has not made any agreements prohibited by 18 U.S.C. § 155.

13. All services for which compensation are sought herein were performed by Applicant for and on behalf of the Debtor, and not on behalf of any other persons.

**LEGAL SERVICES PERFORMED BY APPLICANT**

14. As more fully described below, during the Fee Period, Applicant has been required to render professional services on behalf of the Debtor and its Chapter 11 estate.

15.     In accordance with Applicant's normal procedures, all services rendered by Applicant have been recorded in daily time records by the professionals involved. Annexed hereto as **Exhibit "B"** are Applicant's computerized records for the Fee Period, setting forth the nature of the services rendered, the name of the attorneys performing the work, the date on which the services were rendered, the category of services, and the time expended in rendering such services with respect to the Debtor's case.

16.     A Summary Sheet of the time billed and the persons who billed such services for Applicant is annexed hereto as **Exhibit "C."**

17.     Set forth below is a summary of Applicant's services undertaken during the Fee Period in eight (8) descriptive categories: (I) Asset Disposition, (II) Business Operations, (III) Case Administration, (IV) Claims Analysis and Administration, (V) Employment and Fee Applications, (VI) Meeting of Creditors, (VII) Plan Formulation, and (VIII) Stay Litigation. A description of expenses is also included at the end of the time entries.

18.     Applicant respectfully submits that its professional services rendered during the Fee Period were necessary and reasonable services in this case.

## I.      ASSET DISPOSITION

19.     Applicant engaged in analysis of vehicle value and assisted in getting vehicles turned over and credited to the Debtor's outstanding debt owed to HFC. This process was necessary to lower the amount payable under the Plan to HFC.

20.     Applicant expended approximately 6.7 hours during the Fee Period and thereby incurred fees in the amount of $3,316.50 in providing the foregoing services.

## II.     BUSINESS OPERATIONS

21.     Applicant provided the Debtor with legal services in connection with business operations – bank accounts, insurance, vehicle inspections.

22.     Applicant expended approximately 8.30 hours during the Fee Period and thereby incurred fees in the amount of $4,108.50 in providing the foregoing services.

## III.     CASE ADMINISTRATION

23.     Applicant handled the routine work expected in this type of chapter 11 debtor during the approximately 11 months of the pendency of this case.  Applicant prepared schedules and required statements, reviewed and corrected operating reports, communicated with the United States Trustee, the Subchapter V Trustee and otherwise assisted the Debtor with the requirements of Chapter 11.  Applicant also attended status conferences, discussed status and upcoming hearings with the client and the Subchapter V Trustee, responded to inquiries from creditors, and communicated with the Court regarding scheduling, proposed orders and status.

24.     Applicant expended approximately 50.7 hours during the Fee Period and thereby incurred fees in the amount of $23,512.50 in providing the foregoing services.

## IV.  CLAIMS ANALYSIS AND ADMINISTRATION

25.     Applicant spent a good deal of time and effort resolving claims in this case. Applicant also avoided costs of litigation by negotiating resolutions on behalf of the Debtor and the estate and the amended Plan filed by the Debtor is a reflection of the claim resolution process the Debtor and Applicant engaged in.   Applicant also prepared a Bar Date Application and Order for the filing of Proofs of Claims and served the Notice of said deadline on all creditors and parties of interest.

26.     Applicant expended approximately 9.8 hours during the Fee Period and thereby incurred fees in the amount of $4,111.00 in providing the foregoing services.

## V.  FEE AND EMPLOYMENT APPLICATIONS

27.     The Applicant prepared its application for retention and responded to comments from the UST in connection therewith and supplemented the applications as necessary.

28.     Applicant expended approximately 3.9 hours during the Fee Period and thereby incurred fees in the amount of $1,831.50 in providing the foregoing services.

## VI.  MEETING OF CREDITORS

29.     Applicant prepared the Debtor for and attended the §341 Meeting of Creditors and IDI and prepared for same with the client.

30.     Applicant expended approximately 4.4 hours during the Fee Period and thereby incurred fees in the amount of 2,178.00 in providing the foregoing services.

## VII.  PLAN FORMULATION

31.     In connection with plan formulation, Applicant discussed the plan extensively with the Debtor, the Subchapter V Trustee, and the creditors during and after the submission of each of the two versions of the plan filed in this case.  Applicant drafted the plan and all amendments thereto.  Applicant attended the hearing on Plan confirmation, drafted all necessary documents in connection with confirmation of the Plan including the certification of ballots, the proffer of the Debtor's principal, and a memorandum in support of the Plan and in response to the opposition filed by HFC.

32.     The foregoing services performed in connection with plan formulation gave the Debtor an opportunity to confirm a 100% plan.  It was supported by all creditors who voted on the Plan except for HFC.

33.     Applicant expended approximately 73.70 hours during the Fee Period and thereby incurred fees in the amount of $35,075.50 in providing the foregoing services.

## VIII.  STAY LITIGATION

34.     Applicant defended a motion to modify the stay by HFC and attended all hearings in connection with same. Applicant succeeded in preventing a full stay lift when the Court determined that a conditional Order was appropriate. The Debtor thereafter made at least 6 consecutive monthly payments of $25,000 to HFC.

35.     Applicant expended approximately 35.20 hours during the Fee Period and thereby incurred fees in the amount of $17,424 in providing the foregoing services.

## DISBURSEMENTS

36.     Applicant incurred expenses of $2,076.52 as set forth on page 18 of **Exhibit "B"** hereto in the rendition of professional services to the Debtor during the Chapter 11 case.

## CONCLUSION

37.     Professional services rendered by Applicant have required an expenditure of substantial time and effort. The time and labor devoted, however, is only one of many pertinent factors. The number of hours expended must be considered in light of (i) the amounts involved and the results achieved to date, (ii) the novelty and difficulty of the questions presented, (iii) the skill requisite to properly perform the legal service, (iv) the preclusion of other employment, (v) the customary fee to a private client for the services rendered, (vi) awards in similar cases, (vii) time constraints required by the exigencies of the case, including the frequency and amount of time required to be devoted other than during regular business hours, (viii) the experience, reputation and ability of the attorneys rendering services, and (ix) the nature and length of the professional relationship with the client. *See, Johnson v. Georgia Highway Express*, 488 F.2d 714, 717-19 (5th Cir. 1974), and *In re First Colonial Corp. of America*, *supra*, which makes these factors applicable in bankruptcy cases. Applicant submits that application of the foregoing criteria more than justifies the compensation requested even though a Plan was not confirmed. Applicant performed all of the

work normally required to achieve confirmation. The circumstances of this case simply were not aligned for plan confirmation.

38.     Applicant's extensive professional services have been rendered in a highly efficient manner by attorney(s) who have achieved a high degree of expertise in the field of business reorganizations. Professional services rendered in this Chapter 11 case have been performed by attorneys with broad expertise and high-level skills in the areas for which they have rendered services, and who have served as counsel in various complex reorganization cases.

39.     Applicant hereby represents and certifies to this Court that: (a) all of the services for which Applicant now seeks a fee were rendered to the Debtor solely in connection with the above-captioned case and solely to further the Debtor's duties and functions, and none of these services were rendered for or on behalf of any other person or parties or interests herein; (b) no agreement or understanding exists or has existed between Applicant and any other person to share compensation that Application will receive for or an account of Applicant's services rendered in or in connection with the above-captioned case; and (c) no division or compensation has been made by Applicant and no agreement prohibited by 18 U.S.C. § 155 or 11 U.S.C § 504 has been or will be made by Applicant in connection with this case.

**WHEREFORE**, Applicant, Spence Law Office, P.C., respectfully requests that it be awarded final compensation in the sum of $91,557.50, for actual and necessary legal services rendered in connection with this case, and Applicant requests reimbursement of actual and necessary out-of-pocket expenses incurred in connection with this case in the sum of $2,076.52.

Dated: Roslyn, New York
      December 8, 2024

                                      SPENCE LAW OFFICE, P.C.
                                      Attorneys for the Debtor
                                      By*:_____ s/ Robert J. Spence_____*
                                          Robert J. Spence, Esq.
                                          55 Lumber Road, Ste 5
                                        Roslyn, New York 11576
                                        516-336-2060


EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11

ICR GROUP LLC,                                                  Case No. 24-40151 (JMM)

                                        Debtor.                (Subchapter V Case)
-----------------------------------------------------------X

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
### BANKRUPTCY ATTORNEY FOR THE DEBTOR

Upon the application (EFC No. 42, the "Application") of ICR Group LLC, the
above-captioned debtor and debtor-in-possession (the "Debtor"), for the entry of an order, pursuant
to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014
and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment of Spence
Law Office, P.C. ("Spence Law") as attorney to the Debtor; and upon the affirmation of Robert J.
Spence, which is annexed to the Application (the "Declaration"); and it appearing that Spence Law
is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code
and does not hold or represent any interest adverse to the Debtor's estate; and this Court having
determined that employment of Spence Law by the Debtor is in the best interests of the Debtor, its
estate and its creditors; and adequate notice of the Application having been given; and after due
deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code and
Bankruptcy Rule 2014, the Debtor is authorized to employ Spence Law as its attorney, effective
as of January 11, 2024; and it is further

ORDERED, that to the extent the Application or Declaration is inconsistent with
this Order, the terms of this Order shall govern; and it is further

ORDERED, that Spence Law shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, E.D.N.Y.L.B.R. 2016 and the Guidelines of the Office of the United States Trustee; and it is further

ORDERED, that Spence Law shall apply the remaining amount of any pre-petition retainer as a credit towards post-petition fees and expenses, after such post-petition fees and expenses are first approved pursuant to order the Court; and it is further

ORDERED, that prior to any increases in Spence Law's rates, Spence Law shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase.   The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

ORDERED, that, notwithstanding any provision to the contrary in the Application or the Declaration, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By:     _/s/ Jeremy S. Sussman, Esq._
      Jeremy S. Sussman
      Trial Attorney
      Office of the United States Trustee
      Alexander Hamilton Custom House
      One Bowling Green, Room 510
      New York, NY 10004-1408

Dated: New York, New York
      May 17, 2024

Dated: June 10, 2024
      Brooklyn, New York



**Jil Mazer-Marino**
**United States Bankruptcy Judge**

EXHIBIT B

*FOR LEGAL SERVICES RENDERED*

ICR Group, LLC
Chapter 11
Case No. 24-40151 JMM

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Asset Disposition | | | |
| 2/12/2024 RJS | E-mail with debtor regarding valuations. | | 0.20<br>495.00/hr | 99.00 |
| 4/11/2024 RJS | E-mails with K. Chan and B. Brody regarding vehicles and return/sale of same. | | 0.50<br>495.00/hr | 247.50 |
| 4/12/2024 RJS | E-mails with B. Brody regarding sale procedures (.2); further e-mails with B. Brody regarding vehicles (.3). | | 0.50<br>495.00/hr | 247.50 |
| 4/18/2024 RJS | E-mails with B. Brody regarding hearing in CA court and HFC vehicles. | | 0.70<br>495.00/hr | 346.50 |
| 4/19/2024 RJS | Review of e-mail from K. Phelps regarding delivery of vehicles (.2); further e-mails with K. Phelps regarding delivery (.5). | | 0.70<br>495.00/hr | 346.50 |
| 4/20/2024 RJS | E-mail with K. Chan and David regarding HFC vehicles being turned over by non-debtor. | | 0.30<br>495.00/hr | 148.50 |
| 4/22/2024 RJS | E-mails with David regarding vehicles delivered by non-debtor. | | 0.20<br>495.00/hr | 99.00 |
| 4/23/2024 RJS | E-mails with K. Phelps regarding vehicles returned by non-debtor. | | 0.30<br>495.00/hr | 148.50 |
| RJS | E-mails with Debtor regarding delivery of vehicles (.5); e-mails with David regarding vehicles delivered (.2). | | 0.70<br>495.00/hr | 346.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/25/2024 RJS | E-mails with K. Phelps regarding condition reports from MMR regarding returned vehicles. | 0.30 495.00/hr | 148.50 |
| 5/3/2024 RJS | Numerous e-mails with Debtor regarding vehicle and HFC. | 0.40 495.00/hr | 198.00 |
| RJS | E-mails with K. Phelps regarding vehicle return. | 0.20 495.00/hr | 99.00 |
| 5/15/2024 RJS | Correspondence with B. Brody regarding vehicles and disclosures. | 0.40 495.00/hr | 198.00 |
| 5/22/2024 RJS | Correspondence with debtor and B. Brody regarding HFC vehicle status. | 0.40 495.00/hr | 198.00 |
| 5/30/2024 RJS | Communications with B. Brody regarding returned vehicles. | 0.30 495.00/hr | 148.50 |
| 6/3/2024 RJS | Communications with debtor regarding HFC vehicles. | 0.20 495.00/hr | 99.00 |
| 9/3/2024 RJS | Communications with Debtor and  W. Brody regarding vehicle status report. | 0.20 495.00/hr | 99.00 |
| 10/30/2024 RJS | communications with receiver's counsel in CA re turnover of vehicles | 0.20 495.00/hr | 99.00 |
| | SUBTOTAL: | [     6.70 | 3,316.50] |

Business Operations

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/17/2024 RJS | Communications with Debtor regarding status of insurance, vehicles and inspections. | 0.60 495.00/hr | 297.00 |
| RJS | Communications with I. Birnhack and K. Chan regarding status report in CA case. | 0.30 495.00/hr | 148.50 |
| 1/19/2024 RJS | E-mail with B. Brody regarding inspections. | 0.20 495.00/hr | 99.00 |
| 1/20/2024 RJS | E-mails with K. Chan regarding inspections. | 0.20 495.00/hr | 99.00 |
| 1/22/2024 RJS | Further e-mails with K. Chan regarding inspections. | 0.30 495.00/hr | 148.50 |
| 1/25/2024 RJS | E-mails with B. Brody regarding inspections. | 0.20 495.00/hr | 99.00 |

|            |     | | Hrs/Rate | Amount |
|------------|-----|---|----------|--------|
| 1/26/2024 | RJS | Communications with K. Chan regarding inspection and insurance. | 0.30 495.00/hr | 148.50 |
| 1/29/2024 | RJS | Communications with K. Chan regarding COIs regarding Ford vehicles. | 0.50 495.00/hr | 247.50 |
| 1/30/2024 | RJS | Communications with Debtor regarding inspections and vehicle insurance. | 0.70 495.00/hr | 346.50 |
| 1/31/2024 | RJS | Communications with B. Brody regarding inspections. | 0.40 495.00/hr | 198.00 |
| | RJS | Communications with I. Birnhack, E. Davidovich and J. Gonzalez regarding CA case. | 0.40 495.00/hr | 198.00 |
| | RJS | E-mails with K. Chan regarding schedule and inspections. | 0.50 495.00/hr | 247.50 |
| 2/1/2024 | RJS | Numerous e-mails with B. Brody regarding inspections. | 0.50 495.00/hr | 247.50 |
| | RJS | Communications by phone and e-mail with Debtor regarding inspections. | 0.70 495.00/hr | 346.50 |
| 2/2/2024 | RJS | E-mails with K. Chan and B. Brody regarding inspections. | 0.30 495.00/hr | 148.50 |
| 2/7/2024 | RJS | E-mails with E. Sherman regarding contempt motion in CA case. | 0.30 495.00/hr | 148.50 |
| 2/8/2024 | RJS | E-mails with prospective CA counsel regarding contempt motion. | 0.30 495.00/hr | 148.50 |
| 2/9/2024 | RJS | E-mails from UST regarding vehicles and insurance. | 0.20 495.00/hr | 99.00 |
| 2/26/2024 | RJS | E-mails with E. Sherman regarding contempt motion and hearing in CA case. | 0.30 495.00/hr | 148.50 |
| 3/11/2024 | RJS | Telephone call with N. Davidovich. | 0.10 495.00/hr | 49.50 |
| 3/13/2024 | RJS | E-mail to G. Luckman regarding return of vehicles. | 0.20 495.00/hr | 99.00 |
| 4/18/2024 | RJS | Communications with G. Luckman regarding CA case and letter to Judge Wu. | 0.40 495.00/hr | 198.00 |
| 6/5/2024 | RJS | Communications with Stacey Anderson from GM regarding payments. | 0.20 495.00/hr | 99.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2024 | RJS | communications with client regarding options for ICR | 0.20<br>495.00/hr | 99.00 |
| | | SUBTOTAL: | [     8.30 | 4,108.50] |

Case Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/11/2024 | RJS | Telephone calls with K. Chan regarding filing of BK case. | 0.40<br>495.00/hr | 198.00 |
| | RJS | Telephone call with I. Birnhack regarding filing of BK case. | 0.30<br>495.00/hr | 148.50 |
| | RJS | E-mail to M. Martin regarding case filing. | 0.10<br>495.00/hr | 49.50 |
| | RJS | Communications with client regarding various documents. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Preparation of final petition, schedules, statements and matrix for filing. | 1.20<br>495.00/hr | 594.00 |
| | RJS | Further e-mails regarding case and call. | 0.20<br>495.00/hr | 99.00 |
| 1/12/2024 | RJS | Communications with Debtor regarding filing. | 1.20<br>495.00/hr | 594.00 |
| | RJS | Review of appointment of Sub V Trustee. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Telephone call with G. Luckman regarding facts of case. | 0.20<br>495.00/hr | 99.00 |
| | RJS | E-mails with K. Chan regarding valuation of vehicles. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Communications with I. Birnhack regarding 1007.4 declaration. | 0.30<br>495.00/hr | 148.50 |
| | RJS | Preparation of Rule 1007.4 declaration. | 0.80<br>495.00/hr | 396.00 |
| 1/16/2024 | RJS | Review of status report filed in CA case and correspondence from W. Brody regarding negotiations. | 0.40<br>495.00/hr | 198.00 |
| 1/17/2024 | RJS | Preparation of declaration and exhibits | 2.00<br>495.00/hr | 990.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2024 | RJS | Receipt and review e-mail from B. Brody regarding HFC to G. Luckman. | 0.30 495.00/hr | 148.50 |
| 1/18/2024 | RJS | Preparation of declaration for filing and service. | 0.20 495.00/hr | 99.00 |
| | RJS | Communications with K. Chan regarding same. | 0.20 495.00/hr | 99.00 |
| | RJS | Preparation and filing of declaration pursuant to Rule 1007.4. | 1.00 495.00/hr | 495.00 |
| 1/24/2024 | RJS | Review of order scheduling status conference, post-filing conference. | 0.20 495.00/hr | 99.00 |
| 1/25/2024 | RJS | Revisions to Statement of Financial Affairs. | 0.40 495.00/hr | 198.00 |
| | RJS | Communications with K. Chan and I. Birnhack regarding status of case and SOFA. | 0.70 495.00/hr | 346.50 |
| 2/2/2024 | RJS | Communications with UST regarding documents. | 0.20 495.00/hr | 99.00 |
| 2/6/2024 | RJS | Preparation for Court. | 2.00 495.00/hr | 990.00 |
| 2/7/2024 | RJS | Communications with UST regarding documents. | 0.20 495.00/hr | 99.00 |
| | RJS | Court Appearance (virtual). | 1.00 495.00/hr | 495.00 |
| | RJS | Communications with G. Luckman regarding hearing. | 0.30 495.00/hr | 148.50 |
| | RJS | Preparation for Court hearing. | 0.70 495.00/hr | 346.50 |
| 2/23/2024 | RJS | Preparation of pre-status conference report. | 1.50 495.00/hr | 742.50 |
| 2/29/2024 | RJS | Telephone call with G. Luckman (.3); telephone calls with K. Chan and I. Birnhack (.2). | 0.50 495.00/hr | 247.50 |
| 3/5/2024 | RJS | Communications with K. Chan and I. Birnhack. | 0.60 495.00/hr | 297.00 |
| | RJS | E-mails with K. Chan regarding operating reports (.2); review of same (.2); preparation for hearing (1.5). | 1.90 495.00/hr | 940.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2024 | RJS | Communications with I. Birnhack, G. Luckman and K. Chan regarding court appearance. | 0.60 495.00/hr | 297.00 |
| | RJS | Court Appearance (virtual) | 1.00 495.00/hr | 495.00 |
| 3/8/2024 | RJS | Telephone call with L. Fritzen. | 0.20 495.00/hr | 99.00 |
| | RJS | E-mail with N. Davidovich regarding case status. | 0.20 495.00/hr | 99.00 |
| 3/11/2024 | RJS | Telephone calls with I. Birnhack. | 0.10 495.00/hr | 49.50 |
| 3/19/2024 | RJS | E-mails with debtor regarding HFC debt (.5); e-mails with G. Luckman regarding adequate protection payments (.2); e-mail to Chambers regarding hearing and scheduling order (.2). | 0.90 495.00/hr | 445.50 |
| 3/28/2024 | RJS | E-mail with Chambers regarding hearing (.2); telephone call with Tracey Leonard (.2). | 0.40 495.00/hr | 198.00 |
| | RJS | Telephone calls with I. Birnhack. | 0.60 495.00/hr | 297.00 |
| 4/1/2024 | RJS | Numerous calls with K. Chan regarding upcoming hearing and operating reports. | 0.70 495.00/hr | 346.50 |
| 4/2/2024 | RJS | Preparation for Court appearance. | 2.00 495.00/hr | 990.00 |
| | RJS | Preparation of operating reports for January and February. | 2.00 495.00/hr | 990.00 |
| | RJS | E-mails with K. Chan regarding counter proposal (.3); e-mails with K. Chan regarding MORs and documents (.5). | 0.80 495.00/hr | 396.00 |
| 4/3/2024 | RJS | Court Appearance | 1.10 495.00/hr | 544.50 |
| | RJS | Communications with G. Luckman regarding hearing. | 0.40 495.00/hr | 198.00 |
| | RJS | Communications with G. Luckman regarding counter proposal (.4); e-mails with Jacob regarding projections (.3). | 0.70 495.00/hr | 346.50 |
| | RJS | Finalize January and February MORs and communications with Debtor regarding same. | 2.00 495.00/hr | 990.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/11/2024 RJS | Review of e-mail from E. Davidovich regarding CA case (.2); review of e-mail from B. Brody regarding draft order for stay relief (.5); e-mails and review of sale procedures with B. Brody (.2). | 0.90<br>495.00/hr | 445.50 |
| 4/18/2024 RJS | E-mails with I. Birnhack regarding March report. | 0.20<br>495.00/hr | 99.00 |
| 4/22/2024 RJS | E-mails with B. Brody regarding non-debtor entities (.2); e-mails with B. Brody regarding revised order (.2); further e-mails regarding delivery of vehicles (.2). | 0.60<br>495.00/hr | 297.00 |
| 5/2/2024 RJS | E-mail to I. Birnhack regarding adequate protection to HFC (.2); e-mails with K. Phelps regarding condition reports from MMR (.2). | 0.40<br>495.00/hr | 198.00 |
| 5/3/2024 RJS | Review of e-mail from B. Brody regarding hearing transcript (.1); e-mail with debtor regarding same (.1). | 0.20<br>495.00/hr | 99.00 |
| 5/6/2024 RJS | E-mails with K. Chan regarding operating report and vehicle value. | 0.20<br>495.00/hr | 99.00 |
| 5/7/2024 RJS | Communications with debtor regarding March operating reports. | 0.30<br>495.00/hr | 148.50 |
| 5/30/2024 RJS | Communications to Jacob regarding MORs. | 0.20<br>495.00/hr | 99.00 |
| 5/31/2024 RJS | Communications with B. Brody regarding HFC report (.2); communications with Debtor regarding same (.2). | 0.40<br>495.00/hr | 198.00 |
| 6/4/2024 RJS | Review of revised operating report for March 2024 | 0.50<br>495.00/hr | 247.50 |
| 6/11/2024 RJS | Communications with Debtor regarding March and April operating reports (.5); extensive review and preparation of reports (1.0); communications with UST regarding same (.2). | 1.70<br>495.00/hr | 841.50 |
| 6/12/2024 RJS | Attend status conference via eCourt video | 1.20<br>495.00/hr | 594.00 |
| 6/18/2024 RJS | Communications with Debtor regarding adequate protection payments. | 0.20<br>495.00/hr | 99.00 |
| 6/20/2024 RJS | Communications with Debtor regarding exhibits for March and April reports. | 0.30<br>495.00/hr | 148.50 |
| 7/1/2024 RJS | Preparation of MORs for filing. | 0.30<br>495.00/hr | 148.50 |
| 7/10/2024 RJS | Further communications with Debtor regarding adequate protection payments. | 0.40<br>495.00/hr | 198.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2024 | RJS | Travel to/from Court. | 3.00 247.50/hr | 742.50 |
|  | RJS | Meeting with client after hearing to discuss next steps | 0.50 495.00/hr | 247.50 |
|  | RJS | Communications with HFC counsel regarding exhibit list. | 0.30 495.00/hr | 148.50 |
|  | RJS | Communications with Debtor regarding HFC. | 0.40 495.00/hr | 198.00 |
| 8/26/2024 | RJS | Communications with K. Chan regarding AEZ bank statements. | 0.20 495.00/hr | 99.00 |
| 8/27/2024 | RJS | Communications with I. Birnhack regarding HFC status report. | 0.20 495.00/hr | 99.00 |
| 8/30/2024 | RJS | Review of communications with Court regarding hearing. | 0.20 495.00/hr | 99.00 |
| 9/3/2024 | RJS | Receipt and review of documents from K. Chan regarding ICR. | 0.60 495.00/hr | 297.00 |
| 9/25/2024 | RJS | Communications with Scott Levenson and client re options for ICR | 0.80 495.00/hr | 396.00 |
|  | RJS | Communications with G. Luckman regarding case status. | 0.70 495.00/hr | 346.50 |
| 10/28/2024 | RJS | Email to court and HFC counsel re plan confirmation not going forward | 0.10 495.00/hr | NO CHARGE |
| 10/30/2024 | RJS | communicate with UST (J Sussman) regarding status | 0.20 495.00/hr | NO CHARGE |
|  | RJS | Attend status conference (Zoom) | 0.80 495.00/hr | 396.00 |
| 11/6/2024 | RJS | email to Receiver's counsel re no response from client; email to client | 0.20 495.00/hr | NO CHARGE |
| 11/7/2024 | RJS | attempted calls to client and text messages | 0.20 495.00/hr | NO CHARGE |
| 11/14/2024 | RJS | receipt of Receiver's counsel email and forward correspondence to client for response | 0.20 495.00/hr | NO CHARGE |
| 11/15/2024 | RJS | email to client re inquiry by Receiver's counsel as to vehicles; call with Receiver's counsel re automatic stay | 0.40 495.00/hr | NO CHARGE |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/18/2024 RJS | correspondence to client | 0.20 495.00/hr | NO CHARGE |
| 12/1/2024 RJS | email to client re Motion to Dismiss and Motion to Lift stay | 0.20 495.00/hr | NO CHARGE |
| | SUBTOTAL: | [    50.70 | 23,512.50] |

Claims Analysis and Administration

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/11/2024 RJS | Communications with B. Brody regarding filing. | 0.20 495.00/hr | 99.00 |
| 1/12/2024 RJS | Communications with B. Brody regarding call. | 0.30 495.00/hr | 148.50 |
| 1/16/2024 RJS | E-mails with B. Brody and client responding to HFC requests to debtor. | 0.50 495.00/hr | 247.50 |
| 1/23/2024 RJS | Review of lender and tax claims filed in Debtor's case. | 0.60 495.00/hr | 297.00 |
| 2/12/2024 RJS | E-mails with B. Brody and T. Klestadt regarding conference and settlement proposal. | 0.30 495.00/hr | 148.50 |
| RJS | Preparation of motion to set last day to file proofs of claim. | 2.00 495.00/hr | 990.00 |
| 2/16/2024 RJS | Communications with I. Birnhack and K. Chan regarding settlement proposals. | 0.40 495.00/hr | 198.00 |
| RJS | E-mails with B. Brody and T. Klestadt regarding settlement proposal. | 0.20 495.00/hr | 99.00 |
| 3/16/2024 RJS | E-mail to T. Klesdadt and B. Brody regarding call. | 0.20 495.00/hr | 99.00 |
| 3/18/2024 RJS | E-mails with T. Klesdadt, G. Luckman and B. Brody regarding call. | 0.20 495.00/hr | 99.00 |
| 3/28/2024 RJS | E-mails with G. Luckman, K. Chan and B. Brody regarding counter proposals. | 0.50 495.00/hr | 247.50 |
| 5/3/2024 RJS | Numerous e-mails to/from client and HFC regarding HFC notice of default and status of case. | 0.50 495.00/hr | 247.50 |
| 6/5/2024 RJS | Communications with D. Bodkin regarding adequate protection payment. | 0.30 495.00/hr | 148.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/6/2024 RJS | Communications with B. Brody regarding correspondence with D. Bodkin regarding adequate protection. | 0.20 495.00/hr | 99.00 |
| 6/18/2024 RJS | Communications with Debtor regarding US Bank loan and POC. | 0.50 495.00/hr | 247.50 |
| 7/5/2024 RJS | Communications with Deborah Schaal regarding GM claims. | 0.30 495.00/hr | 148.50 |
| 7/9/2024 RJS | Receipt and review notice of default filed. | 0.10 495.00/hr | 49.50 |
| 7/18/2024 RJS | Communications with K. Chan regarding adequate protection payments to HFC. | 0.30 495.00/hr | 148.50 |
| 8/1/2024 RJS | Receipt and review notice of default filed by HFC; communications with Debtor and G. Luckman regarding same. | 0.20 495.00/hr | 99.00 |
| 8/6/2024 P | Review of claims register, plan and docket with respect to balloting and confirmation. | 2.00 125.00/hr | 250.00 |
| | SUBTOTAL: | [      9.80 | 4,111.00] |

Fee and Employment Application

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/11/2024 RJS | Preparation of retention application. | 1.00 495.00/hr | 495.00 |
| 2/12/2024 RJS | Phone calls with Debtor (I. Birnhack and K. Chan) regarding retention application and proposal to HFC. | 0.50 495.00/hr | 247.50 |
| RJS | Preparation of revisions to retention application and Lar Dan affidavit | 1.00 495.00/hr | 495.00 |
| 3/29/2024 RJS | Revisions to retention application. | 0.50 495.00/hr | 247.50 |
| 5/16/2024 RJS | Revisions to retention applications (.5); communications with J. Sussman regarding same (.2). | 0.70 495.00/hr | 346.50 |
| 6/6/2024 RJS | Preparation of affidavit of service of retention application for filing with the Court. | 0.20 495.00/hr | NO CHARGE |
| | SUBTOTAL: | [      3.90 | 1,831.50] |

Meeting of Creditors

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/12/2024 RJS | Receipt and review of 341 meeting notice. | 0.20 495.00/hr | 99.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2024 | RJS | Receipt and review e-mails from UST regarding IDI and documents required. | 0.40 495.00/hr | 198.00 |
| 1/24/2024 | RJS | Further e-mails with UST regarding IDI. | 0.30 495.00/hr | 148.50 |
| 1/29/2024 | RJS | Communications with clients regarding UST documents for IDI and prepare documents. | 0.60 495.00/hr | 297.00 |
|  | RJS | IDI call. | 0.50 495.00/hr | 247.50 |
|  | RJS | Telephone call with K. Chan regarding IDI call. | 0.10 495.00/hr | 49.50 |
|  | RJS | Telephone call with I. Birnhack regarding insurance IDI call. | 0.10 495.00/hr | 49.50 |
| 2/12/2024 | RJS | Preparation for and attendance at 341 meeting. | 2.00 495.00/hr | 990.00 |
|  | RJS | E-mails with UST regarding 341 meeting and declaration. | 0.20 495.00/hr | 99.00 |
|  | SUBTOTAL: |  | [ 4.40 | 2,178.00] |

Plan

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2024 | RJS | Draft Chapter 11 Sub V Plan. | 2.50 495.00/hr | 1,237.50 |
| 1/14/2024 | RJS | Draft Chapter 11 Sub V Plan. | 3.00 495.00/hr | 1,485.00 |
| 1/17/2024 | RJS | Review of Plan projections from client. | 1.00 495.00/hr | 495.00 |
|  | RJS | Communications with G. Luckman regarding revised plan. | 0.40 495.00/hr | 198.00 |
|  | RJS | Preparation of draft plan. | 2.20 495.00/hr | 1,089.00 |
|  | RJS | Communications with K. Chan regarding same and documents needed. | 0.30 495.00/hr | 148.50 |
|  | RJS | Communications with G. Luckman regarding plan and status. | 0.30 495.00/hr | 148.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/18/2024 RJS | Communications with Debtor regarding case and plan. | 1.20 495.00/hr | 594.00 |
| RJS | Revisions to Plan. | 0.50 495.00/hr | 247.50 |
| 1/19/2024 RJS | Communications with B. Brody regarding schedule. | 0.30 495.00/hr | 148.50 |
| RJS | Telephone call with G. Luckman regarding Plan formulation and status of case. | 0.40 495.00/hr | 198.00 |
| 1/24/2024 RJS | Numerous and extensive communications with Debtor regarding plan, open items, inspections, and insurance. | 0.70 495.00/hr | 346.50 |
| 1/31/2024 RJS | Telephone call with G. Luckman regarding Plan and other issues in case. | 0.20 495.00/hr | 99.00 |
| RJS | Communications with Debtor regarding cooperation with HFC and plan projection. | 1.10 495.00/hr | 544.50 |
| 2/2/2024 RJS | Review and comment on/revise Plan projections. | 1.50 495.00/hr | 742.50 |
| 2/19/2024 RJS | Review of revised projections from K. Chan. | 0.30 495.00/hr | 148.50 |
| 2/22/2024 RJS | E-mail to G. Luckman regarding Plan formulation. | 0.20 495.00/hr | 99.00 |
| 2/23/2024 RJS | E-mails wtih K. Chan regarding projections and review of same. | 0.50 495.00/hr | 247.50 |
| 2/24/2024 RJS | Preparation of chapter 11 plan. | 3.00 495.00/hr | 1,485.00 |
| 2/25/2024 RJS | E-mails and further review of projections. | 0.50 495.00/hr | 247.50 |
| RJS | Revise Chapter 11 plan and liquidation analysis (2.5) and communications with Debtor regarding same (1.0). | 3.00 495.00/hr | 1,485.00 |
| 2/26/2024 RJS | E-mails with K. Chan regarding projections. | 0.20 495.00/hr | 99.00 |
| RJS | Communications with I. Birnhack and K. Chan regarding Plan. | 0.60 495.00/hr | 297.00 |
| 2/27/2024 RJS | Review of update projections and revisions to same. | 0.60 495.00/hr | 297.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/27/2024 | RJS | E-mails with K. Chan regarding projections. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Preparation of Chapter 11 plan revisions and filing of same. | 1.50<br>495.00/hr | 742.50 |
| | RJS | Preparation of final revisions to Plan. | 2.00<br>495.00/hr | 990.00 |
| | RJS | Communications with K. Chan and I. Birnhack regarding filing of plan. | 0.80<br>495.00/hr | 396.00 |
| 3/20/2024 | RJS | Conference with client and Sub V trustee regarding proposals to settle/treat HFC claim under the Plan. | 0.80<br>495.00/hr | 396.00 |
| 3/28/2024 | RJS | Review of objection to confirmation by Ford Motor Company. | 0.30<br>495.00/hr | 148.50 |
| 4/19/2024 | RJS | Review of objection confirmation filed in case by US Bank. | 0.30<br>495.00/hr | 148.50 |
| 5/7/2024 | RJS | Communications with Court regarding hearing on confirmation. | 0.20<br>495.00/hr | 99.00 |
| 5/10/2024 | RJS | Communications with debtor regarding projections. | 0.20<br>495.00/hr | 99.00 |
| 6/11/2024 | RJS | Communications with G. Luckman regarding case status/Plan. | 0.40<br>495.00/hr | 198.00 |
| 6/12/2024 | RJS | Further communications with G. Luckman regarding case/Plan. | 0.50<br>495.00/hr | 247.50 |
| 6/19/2024 | RJS | Preparation of first amended Plan of Reorganization and communications with Debtor regarding same. | 2.50<br>495.00/hr | 1,237.50 |
| 6/20/2024 | RJS | Communications with Court regarding hearing on Confirmation. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Preparation of final revisions to First Amended Plan (1.6); communications with Debtor regarding same (.7). | 2.30<br>495.00/hr | 1,138.50 |
| 6/28/2024 | RJS | Receipt and review objections to Plan by GM (.3); communications with Debtor regarding same (.2). | 0.50<br>495.00/hr | 247.50 |
| 7/1/2024 | RJS | Communications with Debtor regarding adequate protection payments, plan payments and operating reports. | 0.60<br>495.00/hr | 297.00 |
| 7/18/2024 | RJS | Communications with HFC counsel regarding solicitation package and issue regarding same. | 0.50<br>495.00/hr | 247.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2024 | P | Review of ballots received and expected. | 1.00<br>125.00/hr | 125.00 |
| 8/9/2024 | P | Preparation of draft certification as to balloting (1.5); receipt and review of ballots (.3). | 1.80<br>125.00/hr | 225.00 |
| 8/14/2024 | P | Preparation of revisions to certification as to balloting and prepared same for filing. | 1.00<br>125.00/hr | 125.00 |
| 8/16/2024 | RJS | conference with HFC counsel re confirmation hearing | 0.20<br>495.00/hr | 99.00 |
| 8/18/2024 | RJS | Draft declaration in support of Plan. | 2.00<br>495.00/hr | 990.00 |
| | RJS | Draft memo in support and in reply to HFC objection | 3.80<br>495.00/hr | 1,881.00 |
| 8/19/2024 | RJS | Finalize memo in support and in reply to HFC objection and research re same | 4.50<br>495.00/hr | 2,227.50 |
| | RJS | Finalize declaration for filing and service. | 1.00<br>495.00/hr | 495.00 |
| | RJS | Communications with Debtor regarding declaration and papers for filing. | 0.40<br>495.00/hr | 198.00 |
| | RJS | Research regarding HFC opposition. | 1.00<br>495.00/hr | 495.00 |
| 8/20/2024 | RJS | Communications with HFC counsel regarding plan. | 0.50<br>495.00/hr | 247.50 |
| | RJS | Communications with Debtor regarding bank statements. | 0.20<br>495.00/hr | 99.00 |
| | RJS | Phone calls with G Luckman and client regarding confirmation hearing. | 0.70<br>495.00/hr | 346.50 |
| | RJS | prepare for confirmation hearing (outline and review of direct exam (1.2), prepare exhibit list (1.0), meeting with client (2.0) | 4.20<br>495.00/hr | 2,079.00 |
| | RJS | Receipt and review letter filed by HFC regarding scheduling conference (.2); preparation of draft in response (1.0); communications with G. Luckman regarding same (.3). | 1.50<br>495.00/hr | 742.50 |
| 8/21/2024 | RJS | Attend confirmation hearing (in person) | 2.50<br>495.00/hr | 1,237.50 |
| | RJS | Receipt and review motion filed by Ford withdrawing objection to confirmation; communications regarding same. | 0.30<br>495.00/hr | 148.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/27/2024 RJS | draft revisions to ICR Plan status report in CA case | 0.20<br>495.00/hr | 99.00 |
| 8/29/2024 RJS | email to client re document roduction and proceeding with Plan | 0.30<br>495.00/hr | 148.50 |
| 9/2/2024 RJS | Preparation for hearing. | 0.50<br>495.00/hr | 247.50 |
| 9/3/2024 RJS | Court Appearance (virtual) - conference regarding discovery for Plan. | 2.00<br>495.00/hr | 990.00 |
| 9/9/2024 RJS | Communications with K. Chan and I. Birnhack regarding conference with the Court and documents. | 0.30<br>495.00/hr | 148.50 |
| RJS | Preparation of revisions to Plan regarding HFC treatment (1.0); communications with Debtor regarding same (.3). | 1.30<br>495.00/hr | 643.50 |
| 9/10/2024 RJS | Communications with Debtor regarding proposed stipulation regarding discovery for Plan. | 0.20<br>495.00/hr | 99.00 |
| 9/11/2024 RJS | Extensive correspondence to Debtor concerning case and status. | 1.00<br>495.00/hr | 495.00 |
| 9/12/2024 RJS | Conference call with G. Luckman and Debtor regarding Plan. | 0.70<br>495.00/hr | 346.50 |
| RJS | Further communications with Debtor regarding discovery, deadlines and Plan. | 0.50<br>495.00/hr | 247.50 |
| 9/17/2024 RJS | Communications with Debtor regarding Plan, case status, operating reports and intent. | 0.50<br>495.00/hr | 247.50 |
| 9/23/2024 RJS | call with Isaac and Kenny re plan and options | 0.30<br>495.00/hr | 148.50 |
| 9/24/2024 RJS | Communications with Debtor regarding Plan status and discovery. | 0.70<br>495.00/hr | 346.50 |
| 9/25/2024 RJS | Receipt and review proposed scheduling order for discovery. | 0.30<br>495.00/hr | 148.50 |
| | SUBTOTAL: | [      73.70 | 35,075.50] |

Stay Litigation

| 1/18/2024 RJS | Communications with B. Brody regarding HFC vehicles, stay and insurance. | 0.40<br>495.00/hr | 198.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/27/2024 RJS | Review of filed stay motion by HFC. | 0.50<br>495.00/hr | 247.50 |
| 2/28/2024 RJS | Review of affidavit in support of MFR. | 0.50<br>495.00/hr | 247.50 |
| 2/29/2024 RJS | Communications with G. Luckman regarding memo of law regarding stay (.5); communications with K. Chan and I. Birnhack regarding collateral and buyers for vehicles (.5). | 1.00<br>495.00/hr | 495.00 |
| 3/1/2024 RJS | Receipt and review e-mail from HFC counsel regarding stay motion and options and forward same to debtor and G. Luckman. | 0.30<br>495.00/hr | 148.50 |
| 3/19/2024 RJS | Prepare for and conference call with T. Klestadt regarding settlement and lift stay motion. | 0.50<br>495.00/hr | 247.50 |
| RJS | Draft settlement proposal for HFC. | 1.20<br>495.00/hr | 594.00 |
| 3/22/2024 RJS | E-mails with B. Brody and T. Klestadt regarding HFC offer. | 0.20<br>495.00/hr | 99.00 |
| RJS | Communications with I. Birnhack and G. Luckman regarding HFC and offer. | 0.80<br>495.00/hr | 396.00 |
| 3/23/2024 RJS | Further e-mails with B. Brody regarding offer/extension of time. | 0.20<br>495.00/hr | 99.00 |
| 3/26/2024 RJS | Further e-mails with B. Brody regarding extension of time. | 0.20<br>495.00/hr | 99.00 |
| 3/27/2024 RJS | Research regarding objection to lift stay motion. | 1.50<br>495.00/hr | 742.50 |
| RJS | E-mail with E. Davidovich regarding receivers motion hearing (.2); e-mails with B. Brody regarding counter proposal and e-mail with client regarding same (.3). | 0.50<br>495.00/hr | 247.50 |
| 3/28/2024 RJS | Draft lift stay objection. | 5.00<br>495.00/hr | 2,475.00 |
| RJS | Review of lift stay motion and declaration and all exhibits. | 1.50<br>495.00/hr | 742.50 |
| 3/29/2024 RJS | Draft objection to lift stay motion. | 4.00<br>495.00/hr | 1,980.00 |
| RJS | E-mails with G. Luckman regarding objection and review of comments to same (.5);  preparation of same for filing (.4). | 0.90<br>495.00/hr | 445.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/29/2024 RJS | E-mails with K. Chan regarding HFC vehicles (.2); e-mails with B. Brody regarding call, counter proposal and objection (.3). | 0.50 495.00/hr | 247.50 |
| 4/1/2024 RJS | Review of reply to opposition filed by HFC (.5); e-mails with client regarding same and counter proposal (.2). | 0.60 495.00/hr | 297.00 |
| RJS | E-mail with B. Brody regarding call. | 0.20 495.00/hr | 99.00 |
| 4/2/2024 RJS | Communications with Debtor regarding settlement discussions. | 0.70 495.00/hr | 346.50 |
| RJS | E-mails and calls with B. Brody regarding counter proposal. | 1.20 495.00/hr | 594.00 |
| 4/5/2024 RJS | Communications with Debtor regarding HFC. | 0.70 495.00/hr | 346.50 |
| RJS | E-mails with B. Brody regarding HFC counter- proposal. | 0.20 495.00/hr | 99.00 |
| 4/9/2024 RJS | E-mails with B. Brody, I. Birnhack and K. Chan regarding HFC proposal. | 0.20 495.00/hr | 99.00 |
| 4/15/2024 RJS | E-mails with K. Chan regarding HFC counter offer. | 0.20 495.00/hr | 99.00 |
| 4/17/2024 RJS | E-mails with B. Brody, N. and E. Davidovich regarding CA case and HFC counter offer. | 0.60 495.00/hr | 297.00 |
| 4/18/2024 RJS | Revisions to proposed stay order (1.0); e-mails with B. Brody regarding same (.3). | 1.30 495.00/hr | 643.50 |
| RJS | Preparation of extensive letter to Judge Wu regarding status and extension of the stay. | 2.00 495.00/hr | 990.00 |
| 4/26/2024 RJS | E-mails with B. Brody regarding proposed order on lift stay motion. | 0.20 495.00/hr | 99.00 |
| 4/30/2024 RJS | E-mails with B. Brody regarding proposed order (.3); revisions to proposed order (.5). | 0.80 495.00/hr | 396.00 |
| 5/1/2024 RJS | Numerous e-mails with B. Brody regarding stay order language. | 0.70 495.00/hr | 346.50 |
| 5/10/2024 RJS | Communications with Court regarding proposed order (.2); communications with B. Brody regarding same (proposed order for stay relief) (.3). | 0.50 495.00/hr | 247.50 |
| 5/14/2024 RJS | Correspondence with B. Brody regarding stay relief order. | 0.20 495.00/hr | 99.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/15/2024 RJS | Communications with T. Klestadt and B. Brody regarding proposed order revisions. | 0.30 495.00/hr | 148.50 |
| 5/16/2024 RJS | Further communications with B. Brody regarding stay order and check/payment for adequate protection. | 0.50 495.00/hr | 247.50 |
| 8/27/2024 RJS | Communications with T. Klestadt regarding draft discovery. | 0.40 495.00/hr | 198.00 |
| 8/29/2024 RJS | Preparation of letter in response to HFC filing. | 1.00 495.00/hr | 495.00 |
| RJS | Communications with G. Luckman, T. Klestadt and W. Brody regarding draft discovery documents and call. | 0.50 495.00/hr | 247.50 |
| RJS | Preparation of comments and changes to draft discovery schedule and documents (.5); communications with HFC counsel and court regarding same (.3). | 0.80 495.00/hr | 396.00 |
| 9/9/2024 RJS | Communications with T. Klestadt regarding discovery scheduling order. | 0.30 495.00/hr | 148.50 |
| RJS | Communications with Debtor regarding documents required to produce. | 0.30 495.00/hr | 148.50 |
| 9/10/2024 RJS | Preparation of changes to stipulation and further communications with HFC counsel regarding same. | 0.50 495.00/hr | 247.50 |
| RJS | Correspondence with T. Klesdadt regarding HFC payment. | 0.20 495.00/hr | 99.00 |
| 9/11/2024 RJS | Communications with HFC counsel regarding discovery schedule and timelines. | 0.40 495.00/hr | 198.00 |
| SUBTOTAL: | | [   35.20 | 17,424.00] |

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| 1/11/2024 Filing Fee chapter 11 | | Expense | 1,738.00 |
| 7/1/2024 Postage fees for mailing of solicitation packages | | Expense | 85.76 |
| 7/8/2024 Copy fee for Plan solicitation package | | Expense | 209.77 |
| 8/21/2024 parking fee | | Expense | 42.99 |

Total Expenses:    $2,076.52

**TOTAL AMOUNT DUE:**                                                        **$93,634.02**

EXHIBIT C

# FEE APPLICATION SUMMARY SHEET

**COMPENSATION**

I.      Total Compensation Requested: $93,634.02
II.     Total Legal Fees Requested:  $91,557.50
III.    Total Reimbursement of Expenses Requested: $2,076.52

       Robert J. Spence: $495.00/hour Admitted in 1995

       Jennifer De La Cruz: $125.00/hr

**TOTAL HOURS & AMOUNT BILLED**

| | | |
|---|---|---|
| Robert J. Spence | 182 x 475.00 = | $93,100.00 |
| | 3.0 x $247.50  = | $ 742.50 |
| | 1.9 x $0 = | $0 |
| Jennifer De La Cruz | 5.8 x $125.00 = | $725.00 |

Blended Rate = 475.13/hr